**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6764**

_____

PAUL ANDREW HENSON,

Petitioner - Appellant,

versus

KATHLEEN M. HAWK; J. R. JAMES, Warden,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CA-99-213-1)

_____

Submitted:  September 9, 1999      Decided:  September 15, 1999

_____

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Paul Andrew Henson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Andrew Henson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion affirming the order of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. <u>See</u> <u>Henson v. Hawk</u>, No. CA-99-213-1 (M.D.N.C. Apr. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>